| | | |
|---|---|---|
| A CERTIFIED TRUE COPY<br>ATTEST<br><br>By Jakela Mells on Nov 23, 2009<br><br>FOR THE UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | UNITED STATES JUDICIAL PANEL<br>on<br>MULTIDISTRICT LITIGATION | UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION<br><br>**Nov 05, 2009**<br><br>FILED<br>CLERK'S OFFICE |

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

C 09-4803 SI
(SEE ATTACHED SCHEDULE)

**FILED**

DEC - 1 2009

### CONDITIONAL TRANSFER ORDER (CTO-328)

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,926 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Nov 23, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 11/24/09
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                              MDL No. 875

### SCHEDULE CTO-328 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 09-7599 | Sally A. Grammer, et al. v. Advocae Mines, Ltd., et al. |
| CAC | 2 | 09-7669 | Sally A. Grammer, et al. v. Advocate Mines, Ltd., et al. |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 09-4597 | Gayle Louie, et al. v. United States of America |
| CAN | 3 | 09-4676 | Ronnie Stanton v. General Electric Co., et al. |
| CAN | 3 | 09-4677 | Luann Loughton, et al. v. National Steel & Shipbuilding Co. |
| CAN | 3 | 09-4678 | Felton McBride v. Foster Wheeler, LLC |
| CAN | 3 | 09-4756 | Sybil O'Keefe, et al. v. General Electric Co. |
| CAN | 3 | 09-4782 | Sharon Janik, et al. v. General Electric Co., et al. |
| CAN | 3 | 09-4803 | Lloyd Hamlett v. General Electric Co. |
| CAN | 3 | 09-4818 | Frank Ricco v. Todd Shipyards Corp. |
| CAN | 3 | 09-4842 | Walter Weaver v. Todd Pacific Shipyards Corp. |
| CAN | 3 | 09-4881 | Lavern Geesa, Jr. v. General Electric Co., et al. |
| ~~CAN~~ | ~~3~~ | ~~09-5106~~ | ~~Myrtes Faye Kollar, et al. v. Metalclad Insulation Corp., et al.~~ **Opposed 11/23/09** |
| ~~CAN~~ | ~~4~~ | ~~09-4681~~ | ~~Oliver Brown v. Metalclad Insulation Corp., et al.~~ **Opposed 11/23/09** |
| ~~CAN~~ | ~~4~~ | ~~09-4929~~ | ~~Edwin Ball v. Asbestos Defendants, et al.~~ **Opposed 11/23/09** |
| **CALIFORNIA SOUTHERN** | | | |
| ~~CAS~~ | ~~3~~ | ~~09-2327~~ | ~~James W. Stone, et al. v. Alfa Laval, Inc., et al.~~ **Opposed 11/17/09** |
| **CONNECTICUT** | | | |
| CT | 3 | 09-739 | Joseph Selvidio, Sr., et al. v. Buffalo Pumps, Inc., et al. |
| CT | 3 | 09-884 | Robert Hess, et al. v. Buffalo Pumps, Inc., et al. |
| CT | 3 | 09-1094 | James Kearney v. Buffalo Pumps, Inc., et al. |
| CT | 3 | 09-1242 | Edith Sposato, etc. v. Buffalo Pumps, Inc., et al. |
| **FLORIDA SOUTHERN** | | | |
| FLS | 0 | 09-61591 | Page Britt, etc. v. Foster Wheeler Energy Corp., et al. |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 09-5595 | Martin L. Del Rio, etc. v. A.W. Chesterton Co., et al. |
| ILN | 1 | 09-5639 | Martin Courneya v. A.W. Chesterton Co., et al. |
| **LOUISIANA MIDDLE** | | | |
| LAM | 3 | 09-804 | Cecile M. Robin, et al. v. American Motorist Insurance Co., et al. |

**MDL No. 875 - Schedule CTO-328 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **MASSACHUSETTS** | | | |
| MA | 1 | 09-10382 | Roland E. Gobeil, et al. v. A.W. Chesterton Co., et al. |
| MA | 1 | 09-10384 | Ronald J. Van Riper, et al. v. A.W. Chesterton Co., et al. |
| **MAINE** | | | |
| ME | 2 | 09-489 | Thomas F. Gavin, et al. v. Metropolitan Life Insurance Co., et al. |
| ME | 2 | 09-495 | Robert L. Wszolek v. Metropolitan Life Insurance Co., et al. |
| **NORTH CAROLINA WESTERN** | | | |
| NCW | 1 | 09-80 | Roger Dean Keever, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-108 | Howard Jennings Froneberger, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-172 | Samuel Allen Horn, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-394 | Martha Buff Laney, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-396 | Kenneth Reid Tevepaugh, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-397 | George Wake Harrill, II, et al. v. A.W. Chesterton Co., et al. |
| **OHIO NORTHERN** | | | |
| OHN | 1 | 09-10017 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN | 1 | 09-10018 | Duane Lockaby v. A-C Product Liability Trust, et al. |
| OHN | 1 | 09-10019 | Alexander Daniluk v. A-C Product Liability Trust, et al. |
| OHN | 1 | 09-10020 | James M. Young v. A-C Product Liability Trust, et al. |
| OHN | 1 | 09-10021 | Clarence C. Hayes v. A-C Product Liability Trust, et al. |
| **OKLAHOMA WESTERN** | | | |
| OKW | 5 | 09-1016 | Carol Wilkins, etc. v. Kelly-Moore Paint Co., Inc., et al. |
| **RHODE ISLAND** | | | |
| RI | 1 | 09-4 | John A. Gedakovitz, Jr., et al. v. Buffalo Pumps, Inc., et al. |
| RI | 1 | 09-379 | Frank A. Blanchard, et al. v. Buffalo Pumps, Inc., et al. |
| **SOUTH CAROLINA** | | | |
| SC | 0 | 09-2732 | Walter B. Carroll, Jr., et al. v. A.W. Chesterton Co., et al. |
| SC | 0 | 09-2735 | Terry Dean Chapman v. A.W. Chesterton Co., et al. |
| SC | 0 | 09-2770 | James Francis Johnson, et al. v. A.W. Chesterton Co., et al. |
| SC | 0 | 09-2772 | Richard Eugene Moore, et al. v. A.W. Chesterton Co., et al. |
| SC | 0 | 09-2812 | Jerry Wayne Johnson, et al. v. A.W. Chesterton Co., et al. |
| SC | 7 | 09-2748 | Braxton Walter Hall v. A.W. Chesterton Co., et al. |
| SC | 7 | 09-2771 | Jessie Mae Manning, et al. v. A.W. Chesterton Co., et al. |
| SC | 7 | 09-2773 | Frankie Jan Queen, et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2725 | Tina F. Davis, et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2806 | Henry Dewain Morehead, et al. v. A.W. Chesterton Co., et al. |

## MDL No. 875 - Schedule CTO-328 Tag-Along Actions (Continued)

| **DIST.** | **DIV.** | **C.A. #** | **CASE CAPTION** |
|---|---|---|---|
| **VIRGINIA EASTERN** | | | |
| VAE | 2 | 09-9599 | Fred J. Barilla v. American Standard, Inc., et al. |
| VAE | 2 | 09-9600 | Kenneth H. Fink v. American Standard, Inc., et al. |
| VAE | 2 | 09-9601 | Stephen M. Mackner v. American Standard, Inc., et al. |
| VAE | 2 | 09-9602 | Hollis Leo Meeks v. American Standard, Inc., et al. |
| VAE | 2 | 09-9603 | Walter M. Anderson v. American Standard, Inc., et al. |
| VAE | 2 | 09-9604 | Lee I. Green v. American Standard, Inc., et al. |
| VAE | 2 | 09-9605 | William L. Hedrick v. American Standard, Inc., et al. |
| VAE | 2 | 09-9606 | Joseph M. Kaiser v. American Standard, Inc., et al. |
| VAE | 2 | 09-9607 | Alberts L. Nicholas v. American Standard, Inc., et al. |
| VAE | 2 | 09-9608 | William H. Monroe, Jr., etc. (Ronald Dean Flint) v. American Standard, Inc., et al. |
| VAE | 2 | 09-9609 | Michael J. Fortune v. American Standard, Inc., et al. |
| VAE | 2 | 09-9610 | Leonard E. Rottman v. American Standard, Inc., et al. |
| VAE | 2 | 09-9611 | Charles A. Braddock v. American Standard, Inc., et al. |
| VAE | 2 | 09-9612 | Neil Dezeller v. American Standard, Inc., et al. |
| VAE | 2 | 09-9613 | Jerry W. Furtick v. American Standard, Inc., et al. |
| VAE | 2 | 09-9614 | Gary T. Hill v. American Standard, Inc., et al. |
| VAE | 2 | 09-9615 | Sam B. Houston v. American Standard, Inc., et al. |
| VAE | 2 | 09-9616 | Lawrence Magneson v. American Standard, Inc., et al. |
| VAE | 2 | 09-9617 | Eufemio Ulibarri v. American Standard, Inc., et al. |
| VAE | 2 | 09-9618 | Dennis Hern v. American Standard, Inc., et al. |
| VAE | 2 | 09-9619 | Leonard R. Hulsey v. American Standard, Inc., et al. |
| VAE | 2 | 09-9620 | Angel Rodriguez, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9621 | Donald L. Thompson v. American Standard, Inc., et al. |
| VAE | 2 | 09-9622 | Raymond D. Tusch v. American Standard, Inc., et al. |
| VAE | 2 | 09-9623 | William H. Monroe, Jr., etc. (Harry M. Isenhour) v. American Standard, Inc., et al. |
| VAE | 2 | 09-9624 | William H. Monroe, Jr., etc. (John Norris Stamper, Sr.) v. American Standard, Inc., et al. |
| **WASHINGTON WESTERN** | | | |
| ~~WAW~~ | ~~2~~ | ~~09-1457~~ | ~~Sieann M. Zoeger, etc. v. Saberhagen Holdings, Inc., et al.~~ **Opposed 11/18/09** |